COM.

v.

**EVANS, E.**

**1763 EDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–51–CR–0014962–2010 (Philadelphia)

Affirmed

COM.

v.

**SOTOLONGO, I.**

**2292 EDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–51–CR–0010422–2015 (Philadelphia)

Affirmed

COM.

v.

**BROOMALL, R.**

**2362 EDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–23–CR–0006895–2015, (Delaware)

Affirmed

COM.

v.

**WHITE, T.**

**2394 EDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–51–CR–1009401–2001 (Philadelphia)

Affirmed

COM.

v.

**HOLSTON, G.**

**2591 EDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–51–CR–0011205–2014 (Philadelphia)

Affirmed

COM.

v.

**ROSARIO, C.**

**2985 EDA 2016**

Superior Court of Pennsylvania.

07/18/2017

CP–45–SA–0000096–2016
(Monroe)

Appeal Dismissed